# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

MAXLY PARKER, ADC # 136252, and                          PLAINTIFF
STACY PASCHALL JAGERS

v.                                                 4:14CV00424-JM

ADAM BARNES, *et al.*                                                DEFENDANTS

## **ORDER**

This action, initiated as a joint Complaint by Plaintiffs Parker and Jagers, alleges that Plaintiffs' constitutional rights were violated by the Defendants. After review of the pleadings, it appears that Ms. Jagers did not sign her name to the Complaint.[1] As such, the Court directs the Clerk of Court to mail Ms. Jagers a copy of the Complaint. If she wishes to proceed as a Plaintiff in this action, she should sign her name to the Complaint and return it within fourteen (14) days of the entrance of this Order. Failure to do so will result in her dismissal from this case.

IT IS SO ORDERED this 8th day of September, 2014.

                                                        JOE J. VOLPE
                                                        UNITED STATES MAGISTRATE JUDGE

---

[1] While her name is written on the Complaint's signature line, the Court requires additional confirmation that Ms. Jagers signed the document herself. The Federal Rules of Civil Procedure require an unrepresented party to personally sign submitted pleadings. Fed. R. Civ P. 11(a).